**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000160**
**23-JUN-2017**
**11:20 AM**

NO. CAAP-17-0000160

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


UNDERSTOOD LLC, a Hawai'i Limited Liability Company,
Plaintiff-Appellee,
v.
MIGUEL ALFONSO RAMIREZ and VALERIE SHAFFER DE RAMIREZ,
Defendants/Crossclaim Defendants-Appellants,
and
MASAMI FUJII PARTNERS, a Hawai'i Limited Partnership,
Defendant/Crossclaim Plaintiff-Appellee,
and
UNITED STATES OF AMERICA, DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE; KALBERT K. YOUNG,
IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE
DEPARTMENT OF FINANCE, REAL PROPERTY TAX DIVISION,
COUNTY OF MAUI, STATE OF HAWAI'I, Defendants-Appellees,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE PARTNERSHIPS 1-20,
DOE CORPORATIONS 1-20, DOE ENTITIES 1-20,
AND DOE GOVERNMENTAL UNITS 1-20, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-0268)


ORDER GRANTING THE JUNE 8, 2017
STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal
With Prejudice, filed June 8, 2017, by Defendants/Crossclaim
Defendants-Appellants Miguel Alfonso Ramirez and Valerie Shaffer
de Ramirez, the papers in support, and the record, it appears

that (1) the appeal was docketed on May 8, 2017; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, June 23, 2017.

Presiding Judge

Associate Judge

Associate Judge

2